## KENNETH BOYKIN *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth Boykin's petition for certification for appeal from the Appellate Court, 98 Conn. App. 429 (AC 26580), is denied.

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*John C. Drapp III*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided January 4, 2007

## STATE OF CONNECTICUT *v.* THOMAS ARNOLD

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 492 (AC 26674), is denied.

*David A. Moraghan*, in support of the petition.

*Bruce R. Lockwood*, assistant state's attorney, in opposition.

Decided January 4, 2007

## HAYES FAMILY LIMITED PARTNERSHIP *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANCHESTER

The plaintiff's petition for certification for appeal from the Appellate Court, 98 Conn. App. 213 (AC 26726), is denied.

*Stephen T. Penny,* in support of the petition.

*John F. Sullivan,* assistant town attorney, in opposition.

Decided January 4, 2007

### HAYES FAMILY LIMITED PARTNERSHIP *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MANCHESTER

The defendant's cross petition for certification for appeal from the Appellate Court, 98 Conn. App. 213 (AC 26726), is hereby ordered that no action is necessary on the cross petition.

*John F. Sullivan,* assistant town attorney, in support of the cross petition.

Decided January 4, 2007

### STATE OF CONNECTICUT *v.* CHRISTOPHER FANNING

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 111 (AC 26763), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Jon L. Schoenhorn,* in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided January 4, 2007